[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12567
Non-Argument Calendar
_____

D.C. Docket No. 9:13-cr-80192-DTKH-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL A. CORTI,
a.k.a. Cracker Mike,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 17, 2015)

Before TJOFLAT, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Randee Golder, appointed counsel for Michael Corti, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Corti's conviction and sentence are **AFFIRMED**.